# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

|  |  |
|---|---|
| Tyler Sime, | Civil File No.: |
| Plaintiff, |  |
| vs. | **GUARDIAN PROFESSIONAL SERVICES' NOTICE OF REMOVAL TO FEDERAL COURT** |
| Summit Credit Union, Guardian Professional Services, Dane County Investigations & Recovery, LLC, and Michael Jahn, |  |
| Defendants. |  |

**TO:** The Clerk of the United States District Court for the Eastern District of Wisconsin; and Plaintiff, through his attorney, Nathan E. DeLadurantey, DeLadurantey Law Office, LLC, 136 E. Saint Paul Ave., Waukesha, Wisconsin 53188.

## Introduction

Please take notice that, pursuant to 28 U.S.C. §§ 1331, 1441, and 1446 Defendant Guardian Professional Services, (hereinafter "Guardian"), by and through its attorneys, Bassford Remele, PA, and with full reservation of any and all defenses, hereby removes this action from Wisconsin Circuit Court, Dodge County, to the United States District Court for the Eastern District of Wisconsin.

## Satisfaction of Removal Predicates

### I. Process and Procedural Posture

1. On or about December 3, 2025, Plaintiff commenced an action entitled *Tyler Sime v. Summit Credit Union, Guardian Professional Services, Dane County Investigations & Recovery, LLC, and Michael Jahn*, in the Wisconsin Circuit Court for Dodge County and which was assigned Court File Number 2025CV000646, asserting a claim under the Fair Debt Collections Practices Act, 15 U.S.C. 1692 *et seq*., and additional claims arising under Wisconsin law.

2. Plaintiff served the summons and complaint, a true and correct copy of which is attached hereto along with the docket sheet as **Exhibit A**, upon Guardian on December 10, 2025.

3. **Exhibit A** constitutes all process, pleadings, and orders served upon Guardian in this action.

### II. Removal is Timely

4. This Notice of Removal is timely filed within 30 days from the date Guardian was in receipt of the initial pleading as prescribed by 28 U.S.C. § 1446(b).

### III. Venue is Proper in this Court

5. This action may be removed to this Court from the Dodge County Circuit Court pursuant to 28 U.S.C. §§ 1441(a) and 1446(a) because the United States District Court for the Eastern District of Wisconsin is in the district embracing the place where the action was commenced.

## IV. This Court Has Original Subject-Matter Jurisdiction

6. This Court has original jurisdiction over Plaintiff's claims pursuant to 28 U.S.C. §§ 1331 and 1441 because this action contains a claim by Plaintiff premised on a federal statute. Specifically, Plaintiff attempts to allege a claim under the Fair Debt Collections Practices Act, 15 U.S.C. § 1692, *et seq*. This Court also has supplemental jurisdiction over Plaintiff's remaining state law claims pursuant to 28 U.S.C. § 1367(a), as those claims form part of the same or controversy as the federal claim.

## V. Consent of Co-Defendants

7. As of the date of this Notice of Removal, Defendant Summit Credit Union ("Summit") has been served. Counsel for Guardian has contacted counsel and/or corporate representatives for Defendant Summit, and Summit has consented to this removal as evidenced by the consent attached hereto as **Exhibit B**.

8. Defendants Dane Conty Investigations & Recovery, LLC and Michael Jahn have not been served with the summons and complaint and, accordingly, their consent is not required for removal.

## V. Procedure in the State Court

8. Promptly upon filing this Notice of Removal to Federal Court, Guardian will file a Notice of Filing of Removal and a copy of this Notice of Removal to Federal Court in the Dodge County Circuit Court, as required by 28 U.S.C. § 1446(d). *See* **Exhibit C**. Copies of the same are being contemporaneously served upon Plaintiff's counsel by email and regular mail.

## VI. Guardian Reserves All Rights and Defenses

9. Guardian expressly reserves all available rights and defenses, including but not limited to, its right to seek any applicable relief pursuant to Federal Rule of Civil Procedure 12, and its right to amend or supplement this Notice of Removal.

## Conclusion

Based on the foregoing, Guardian is entitled to remove this action to this court under U.S.C. §§ 1441 *et seq.* and 1446 *et seq.* If any question arises as to the propriety of the removal of this action, Guardian requests the opportunity to brief any disputed issues and otherwise present support for its position that this case is properly removable.

**WHEREFORE** Defendant Guardian Professional Services removes this action from the Dodge County Circuit Court, State of Wisconsin, and requests any further relief, general or specific, at law or in equity, to which is may be justly entitled.

Respectfully submitted,

**BASSFORD REMELE**
*A Professional Association*

Dated: January 9, 2026   By: */s/ Patrick D. Newman*
Patrick D. Newman (#1093942)
100 South Fifth Street, Suite 1500
Minneapolis, MN 55402
Telephone: (612) 333-3000
Facsimile: (612) 333-8829
pnewman@bassford.com

*Attorneys for Defendant Guardian Professional Services*